**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7391**

———————

JOHNNY TEMPLE,

                                 Petitioner - Appellant,

      versus

KEITH E. OLSON,

                                 Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-97-864-5)

———————

Submitted: April 20, 1999          Decided: May 4, 1999

———————

Before ERVIN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Johnny Temple, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Temple appeals the district court's order finding that he was eligible for credit toward his federal sentence for time served from October 12, 1993, to November 17, 1993, but declining to award credit for time served from May 16, 1993, to October 11, 1993, and from November 18, 1993, to March 29, 1995. See 28 U.S.C. § 2241 (1994). He also appeals the court's denial of his motion for reconsideration pursuant to Fed. R. Civ. P. 59, 60. We have reviewed the record and the district court's opinion rejecting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Temple v. Olson, No. CA-97-864-5 (S.D.W. Va. Apr. 22 & Aug. 19, 1998). We deny Temple's motion for summary judgment filed in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2